# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> (For **Revocation of Supervised Release**) |
| v. | Case Number:  10-cr-00560-MSK-02 |
| | USM Number:  37356-013 |
| CHRISTINA SWAN MANGUNO <br> a/k/a Christina Swan Reichert | Scott T. Varholak, AFPD <br> (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1, 2, 3, 4, 5, 6 and 7, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possession and Use of a Controlled Substance | 10/23/11 |
| 2 | Failure to Observe the Rules of 8th Street Alano House | 10/03/11 |

    The defendant is sentenced as provided in pages 2 through 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

    It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

    June 15, 2012
    Date of Imposition of Judgment

    */s/ Marcia S. Krieger*
    Signature of Judge

    Marcia S. Krieger, U.S. District Judge
    Name & Title of Judge

    June 21, 2012
    Date

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Failure to Participate in Substance Abuse/Mental Health Treatment as Directed by the Probation Officer | 12/07/11 |
| 4 | Failure to Comply with the Rules of Location Monitoring | 01/05/12 |
| 5 | Association with a Person Convicted of a Felony | 01/04/12 |
| 6 | Possession and Use of a Controlled Substance | 01/03/12 |
| 7 | Making False Statements to the Probation Officer | 01/03/12 |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of nine (9) months. No supervision to follow term of imprisonment.

The Court recommends that the Bureau of Prisons credit the defendant with time spent in official detention prior to sentencing.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy United States Marshal